IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:12-cv-02247-EJD |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DUY TRONG NGUYEN, ET AL., | |
| Defendants. | |

Having reviewed Plaintiff's Case Management Statement (see Docket Item No. 17), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for November 2, 2012 is VACATED.

Plaintiff shall file a motion for entry of default no later than November 6, 2012. Since it appears the clerk will soon enter default against the Defendants, the court schedules a hearing on Plaintiff's anticipated Motion for Entry of Default Judgment for **January 11, 2013, at 9:00 a.m.** Plaintiff shall file the motion pursuant to the provisions of Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: October 30, 2012

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-02247-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE