Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Nicholas Roscha (SBN 18501)
Christopher N. Odne (SBN 241175)
**ROSCHA & ODNE LLP**
Concord Center
2300 Clayton Road, Suite 500
Concord, CA 94520
Telephone No. (925) 602-1400
Facsimile No. (925) 825-0143
Email: nroscha@aro-law.com
        codne@aro-law.com
**Attorneys for Defendants**
**Duy Trong Nguyen, Au Thi Le, and Lighthouse Cafe, Inc.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | **Case No. 5:12-cv-02247-EJD** |
| Plaintiff(s), | **PROPOSED ORDER VACATING ENTRY OF DEFAULT** |
| v. | |
| **DUY TRONG NGUYEN, et al.** | |
| Defendants. | |

**IT IS HEREBY ORDERED** the parties' Stipulation to Vacate the Entry of Default dated November 19, 2012 is hereby granted. Defendants Duy Trong Nguyen, Au Thi Le, and Lighthouse Café, Inc. are ordered to file their response to plaintiff's complaint on or before December 31, 2012.

///

**ORDER (Proposed)**
**CASE NO. 5:12-CV-02247-EJD**
**PAGE 1**

1     The Stipulation to Set Aside Default is GRANTED.

2 Dated:  11/21/2012

**The Honorable Edward J. Davila**
**United States District Court**
**Northern District of California**

5 ///
6 ///
7 ///
8 ///
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER (Proposed)**
**CASE NO. 5:12-CV-02247-EJD**
**PAGE 2**

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 20, 2012, I served:

**PROPOSED ORDER VACATING ENTRY OF DEFAULT**

On all parties in said cause by e-mailing same to the Defendants' counsel at the following email address(es):

Mr. Nicholas Roscha                    (Attorneys for Defendants)
Mr. Christopher N. Odne                Duy Trong Nguyen, Au Thi Le,
2300 Clayton Road, Suite 500           and Lighthouse Café, Inc.
Concord, CA 94520
Email: nroscha@aro-law.com
       codne@aro-law.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 20, 2012, at South Pasadena, California.

Dated: November 20, 2012          */s/ Maria Baird*
                                  **MARIA BAIRD**

ORDER (Proposed)
CASE NO. 5:12-CV-02247-EJD
PAGE 3