**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 5:12-CV-02247-EJD |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| DUY TRONG NGUYEN, et al., | ) ) | |
| Defendants. | ) ) ) | |

    The above-entitled action is scheduled for a Case Management Conference on January 11, 2013. In light of the parties' request to postpone the conference (see Docket Item No. 24), the Court orders the Case Management Conference CONTINUED to **February 15, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **February 8, 2013.**

    In addition, the parties have requested that the deadline for the Defendants to file an Answer to Plaintiff's Complaint be extended from the previously set deadline of December 31, 2012 (see Docket Item No. 24). As such, the Court requires that Defendants file a response to Plaintiff's Complaint no later than **January 31, 2013**.

1

Case No.: 5:12-CV-02247-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**United States District Court**
**For the Northern District of California**

1  **IT IS SO ORDERED**

2  Dated: January 7, 2013



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:12-CV-02247-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE