1
2
3
4
5
6
7
8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12 | J & J SPORTS PRODUCTIONS, INC.,  ) Case No.: 5:12-CV-02247-EJD

13 |                 Plaintiff,  ) **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

14 |   v.  )

15 | DUY TRONG NGUYEN, et al.,  )

16 |                 Defendants.  )

17 |  )

18

19          The above-entitled action is scheduled for a Case Management Conference on January 11,

20 2013. In light of the parties' request to postpone the conference (see Docket Item No. 24), the

21 Court orders the Case Management Conference CONTINUED to **February 15, 2013, at 10:00**

22 **a.m.** The parties shall file a Joint Case Management Statement on or before **February 8, 2013.**

23          In addition, the parties have requested that the deadline for the Defendants to file an

24 Answer to Plaintiff's Complaint be extended from the previously set deadline of December 31,

25 2012 (see Docket Item No. 24). As such, the Court requires that Defendants file a response to

26 Plaintiff's Complaint no later than **January 31, 2013**.

27

28

1    **IT IS SO ORDERED**

2    Dated: January 7, 2013

3    

4    EDWARD J. DAVILA
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

Case No.: 5:12-CV-02247-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE