Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DUY TRONG NGUYEN, ET AL., <br><br> Defendants. | CASE NO. 5:12-cv-02247-EJD <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DUY TRONG NGUYEN and AU THI LE, individually and d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants DUY TRONG NGUYEN and AU THI LE, individually and d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against DUY TRONG NGUYEN and AU THI LE, individually and d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by August 1, 2014, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 15, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 3/28/2013

ROSCHA & ODNE, LLP
By: Nicholas Roscha
Attorneys for Defendants DUY TRONG NGUYEN and AU THI LE, individually and d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT

IT IS SO ORDERED: the Clerk shall close this file.

Dated: 4/2/2013

The Honorable Edward J. Davila
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
5:12-CV-02247-EDJ
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 15, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DUY TRONG NGUYEN and AU THI LE, individually and d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a M CAFÉ SPORTS & BILLIARDS a/k/a LIGHTHOUSE CAFÉ & RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Nicholas Roscha, Esquire.            (Attorneys for Defendant)
ROSCHA & ODNE, LLP
2300 Clayton Rd, Suite 500
Concord, CA 94520

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 15, 2013, at South Pasadena, California.

Dated: February 15, 2013

_____
MARIA BAIRD